**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW RUSSELL LEE,<br>Plaintiff,<br>v.<br>EUGENE J. CORCORAN, in his official capacity as District Executive of the United States District Court for the Eastern District of New York; MICHAEL LOGUERCIO, in his official capacity as an employee of the District Executive's office; JOHN MARZULLI, in his official capacity as spokesman for the United States Attorney's Office for the Eastern District of New York; and JOSEPH NOCELLA JR., in his official capacity as United States Attorney for the Eastern District of New York,<br>Defendants. | Case No.<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES:

Please enter my appearance in this action as counsel of record for Plaintiff Matthew Russell Lee, who is myself. I am an attorney admitted to practice before this Court, and I appear on my own behalf. Please direct all notices, orders and papers in this action to me at the address below.

Dated: New York, New York
November 11, 2026
Respectfully submitted,

/s/ Matthew Russell Lee

Matthew Russell Lee
Inner City Press
PO Box 130222, Chinatown Station
New York, NY 10013
718-716-3540
matthew.lee@innercitypress.com
Plaintiff, appearing as his own counsel