USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MATTHEW RUSSELL LEE,<br><br>Plaintiff,<br><br>-against-<br><br>EUGENE J. CORCORAN; MICHAEL LOGUERCIO; JOHN MARZULLI; and JOSEPH NOCELLA JR.,<br><br>Defendants. | : | 26-CV-9896<br><br><u>ORDER</u> |

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that, unless otherwise ordered by the assigned judge, the parties must appear for a conference in connection with Plaintiff's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction, *see* Dkt. 9, on **Thursday, November 12, 2026, at 4:30 P.M.** in Courtroom **20C** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. Defendants' response to Plaintiff's Emergency Motion is due no later than **Thursday, November 12, 2026, at 1:00 P.M.**

IT IS FURTHER ORDERED that Plaintiff must notify the Defendants of this Order by **6:00 A.M. on Thursday, November 12, 2026**, and must provide the Undersigned, via email to CaproniNYSDchambers@nysd.uscourts.gov, proof of having done so.

**SO ORDERED.**

**Date: November 11, 2026**
**New York, New York**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**