UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW RUSSELL LEE,

Plaintiff,

-against-

EUGENE J. CORCORAN, in his official capacity as District Executive of the United States District Court for the Eastern District of New York; MICHAEL LOGUERCIO, in his official capacity as an employee of the District Executive's office; JOHN MARZULLI, in his official capacity as spokesman for the United States Attorney's Office for the Eastern District of New York; and JOSEPH NOCELLA JR., in his official capacity as United States Attorney for the Eastern District of New York,

Defendants.

No. 26 Civ. 9896 (JPO)

**DECLARATION OF EUGENE CORCORAN**

Eugene Corcoran, pursuant to the provisions of 28 U.S.C. § 1746, declares, under penalty of perjury, as follows:

1. I am the District Executive of the U.S. District Court for the Eastern District of New York. I make this declaration based upon my personal knowledge and information made available to me in my official capacities.

2. On Wednesday, November 4, 2026, our office was informed that Matthew Russell Lee, a reporter with Inner City Press, was observed using his cell phone during the trial before U.S. District Judge Kiyo A. Matsumoto while in Courtroom 6B South in the matter of *USA v.*

*Clase de la Cruz, et al* (25cr346). Signage is posted on the door outside of Courtroom 6B South advising "The use of phones and electronics is prohibited in the courtroom."

3. As such, I directed Mr. Michael Loguercio from my Office to revoke Mr. Lee's press credentials and the associated privileges allowing him to use electronic devices within the Courthouse.

4. Mr. Loguercio, along with three Court Security Officers approached Mr. Lee, who was seated in the public hallway on the 10th Floor directly outside of Courtroom 10A South, which was designated as the overflow courtroom for this jury selection and trial last week. Courtroom 10A South had an active feed and was providing live updates as to what was occurring in Courtroom 6B South when Mr. Loguercio approached Mr. Lee.

5. Mr. Loguercio approached Mr. Lee, introduced himself, and informed Mr. Lee that he was in violation of the Court's Local Rules surrounding the use of electronic devices within the Courthouse as well as the Press procedures surrounding the use of electronic devices in the Courthouse, as noted on the Court's Press Pass Application. As such, Mr. Lee was informed that his EDNY Media Credentials were being revoked regarding any privileges extended to Mr. Lee permitting his use of electronic devices in the Courthouse. Upon being advised that his press pass was being revoked, Mr. Lee acknowledged and admitted to the wrongdoing, indicating that he was using his cell phone in the Courtroom. He did not deny that cellphone use did not occur.

6. Mr. Lee was informed that he will be escorted down to the Lobby in which he will provide Court Security his electronic devices, be provided a ticket, and be permitted to return to the Courthouse.

7. Mr. Lee was asked if he had any personal belongings in the Media Room designated for this trial, to which he responded, "No, I don't even use the Media Room." Mr. Lee was then

asked which EDNY Media Credentials he had in his possession, to which he supplied Mr. Loguercio with his EDNY Media Credentials for USA v. Clase de la Cruz, et al (25cr346) as well as USA v. Huawei Technologies Co., LTD (18cr457). Upon providing Mr. Loguercio with his media credentials, Mr. Lee advised, "Here, I don't even want these."

8. Of note, Mr. Lee does not have in-house press credentials with the EDNY. He had media credentials authorized on a case-by-case basis.

9. After further discussion with Court Security, Mr. Lee packed up his belongings and proceeded to the elevators where he, Mr. Loguercio, and the Court Security Officers took the elevator down to the Lobby from the 10th Floor. Mr. Lee was informed that once he provides Court Security with his electronic devices, he will be permitted to return through Courthouse screening. Mr. Lee advised that he will be exiting the building since he had "a story to finish writing," and noted that he will return to the building upon completing his story. Mr. Lee was informed that he was welcome to do so and that upon his return to the Courthouse, he will be asked to provide his electronic devices to Court Security. Mr. Lee then proceeded to exit the Courthouse and sit on a park bench.

10. Mr. Lee was not removed from the Courthouse. Mr. Lee was escorted to the Lobby to ensure that his devices were provided to Court Security. Mr. Lee, voluntarily and on his own volition, exited the Courthouse.

Dated: New York, New York
November 12, 2026

By: ______________________
EUGENE CORCORAN
District Executive
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
(347) 534-7618 (cell)
(718) 613-2261 (office)