UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW RUSSELL LEE,<br>Plaintiff,<br><br>-v-<br><br>EUGENE J. CORCORAN, *et al.*,<br>Defendants. | 26-CV-9896 (JPO)<br><br><u>ORDER</u> |

J. PAUL OETKEN, District Judge:

Plaintiff Matthew Russell Lee, a professional reporter, brings this *pro se* action against Defendants Eugene J. Corcoran, Michael Loguercio (together, the "District Defendants"), John Marzulli, and Joseph Nocella Jr. (collectively, "Defendants"). In it, Lee alleges that the Defendants violated his First and Fifth Amendment rights when they revoked his Eastern District of New York press credentials. (*See generally* ECF No. 1.) On November 15, 2026, this Court denied Lee's motion for a temporary restraining order compelling the District Defendants to return his press credentials. (ECF No. 24.) Lee now moves for reconsideration of that denial, and for an order directing the Government to respond to Lee's motion on an expedited basis. (ECF Nos. 25, 27.)

The Court reserves decision on the motion for reconsideration pending further briefing. However, Lee's letter motion for expedited briefing on the motion is granted in part.

Defendants are directed to file a response to Lee's motion for reconsideration on or before Wednesday, November 18, 2026. In that response, Defendants shall clarify the District Defendants' position as to whether Administrative Order No. 2025-02 permits attorneys admitted in the Eastern District—Lee among them—to bring their electronic devices into the courthouse notwithstanding any prior revocation of their press credentials.

Lee is also directed to file a letter on or before Wednesday, November 18, 2026 apprising the Court as to whether he was able to enter the Eastern District courthouse on Monday, November 16, 2026, and, if so, whether he was permitted to bring his electronic devices inside with him.

SO ORDERED.

Dated: November 16, 2026
New York, New York

J. PAUL OETKEN
United States District Judge