**VIA ECF**

November 18, 2026

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square, New York, NY 10007

**Re: *Lee v. Corcoran, et al.*, 26-CV-9896 (JPO) – Supplement to ECF No. 29: After Learning of No. 32, Electronics Demanded at Screening, DE Statement**

Dear Judge Oetken:

I am sorry to trouble the Court but at 2 pm, finally able to review my email from the park in front of the EDNY courthouse, I became aware of ECF 32, which said the District Executive "has confirmed that its position is that Administrative Order No. 2025-02 permits attorneys admitted in the Eastern District, including Plaintiff, to bring their electronic devices into the courthouse notwithstanding any prior revocation of their press credentials."

On that basis, I retained my electronics re-entering at 2 pm to continue coverage. But I was told by a Court Security Officer that I am a lawyer who cannot bring in electronics. I asked the CSO to contact District Executive Corcoran, and then waited.

DE Corcoran appeared at the screening and asked that I show him the "Order" (actually, the AUSA's letter). I did. He called a U.S. Marshal over - as a witness, he said - and told me, You are not going to be in-house [press] here. No reason was given, much less the criteria I requested from the DE's Office in August.

As noted, targeting continues, from Courtroom deputies coming to specifically tell me and only me, No devices, to being stopped and delayed at the screening, missing a witness in the Clase trial and instructions in Huawei. I file this now to acknowledge now seeing No. 32, and to say what has happened afterward, this afternoon. I intend to pursue the case to resolve these issues and ongoing harm.

Thank you for your attention, particularly to the request for reconsideration. I look forward to making my case more fully, and to promote court openness.

Matthew Russell Lee, Inner City Press
PO Box 130222, New York, NY 10013
matthew.lee@innercitypress.com 718-716-3540
Plaintff